# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID JOHN HARRIS,
INDIVIDUALLY,
Appellant,
vs.
AMBER LEE HODGES, AN
INDIVIDUAL, AND AMBER LEE
HODGES, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF SHANNON D. SUNDERLAND,
Respondent.

No. 81035

**FILED**

JUN 2 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal docketed in this court on April 21, 2020. On that same day, this court issued a notice directing appellant to pay the required filing fee within ten days. On May 11, 2020, appellant filed an application to proceed in forma pauperis. On May 22, 2020, this court directed appellant to either pay the filing fee or seek leave to proceed in forma pauperis in the district court. Appellant was cautioned that failure either to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days will result in the dismissal of this appeal.

To date, appellant has not paid the filing fee or otherwise responded to this court's May 22, 2020, order. Accordingly, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

20-23910

cc: Hon. Thomas W. Gregory, District Judge
David John Harris
Alling & Jillson, Ltd.
Douglas County Clerk